Same case below, 573 F.3d 1211.

**No. 09-8980. Rafeal Johnson, Petitioner v. Terry Goddard, Attorney General of Arizona, et al.**

559 U.S. 1072, 130 S. Ct. 2140, 176 L. Ed. 2d 731, 2010 U.S. LEXIS 3459.

April 19, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 347 Fed. Appx. 346.

**No. 09-8981. Antony J. Dick, Petitioner v. Pennsylvania.**

559 U.S. 1072, 130 S. Ct. 2098, 176 L. Ed. 2d 731, 2010 U.S. LEXIS 3451.

April 19, 2010. Petition for writ of certiorari to the Supreme Court of Pennsylvania, Middle District, denied.

Same case below, 602 Pa. 180, 978 A.2d 956.

**No. 09-8983. Deandre Lewis, Petitioner v. Derral G. Adams, Warden.**

559 U.S. 1072, 130 S. Ct. 2098, 176 L. Ed. 2d 731, 2010 U.S. LEXIS 3372.

April 19, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 09-8986. Joan Ochei, Petitioner v. All Care/Onward Healthcare, et al.**

559 U.S. 1072, 130 S. Ct. 2099, 176 L. Ed. 2d 731, 2010 U.S. LEXIS 3322,

April 19, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

**No. 09-8992. Ellis Harley Barber, Petitioner v. Federal Bureau of Investigation, et al.**

559 U.S. 1073, 130 S. Ct. 2099, 176 L. Ed. 2d 731, 2010 U.S. LEXIS 3284,

April 19, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 334 Fed. Appx. 564.

**No. 09-8997. Eric Thomas, Petitioner v. Derral G. Adams, Warden, et al.**

559 U.S. 1073, 130 S. Ct. 2099, 176 L. Ed. 2d 731, 2010 U.S. LEXIS 3386.

April 19, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 09-9001. Eliberto Vega Noriega, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.**

559 U.S. 1073, 130 S. Ct. 2100, 176 L. Ed. 2d 731, 2010 U.S. LEXIS 3358.

April 19, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.